Judge Pauley

07 CV 3828

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ABANDON MOBILE, LLC | : |
| Plaintiff, | : |
| v. | : Civil Action No. _____ |
| CDC GAMES, LTD. | : JURY TRIAL DEMANDED |
| Defendant. | : |

RECEIVED
MAY 15 2007
U.S.D.C. S.D. N.Y.
CASHIERS

### COMPLAINT

Plaintiff, Abandon Mobile, LLC ("Abandon"), in support of its complaint, hereby avers as follows:

### THE PARTIES

1.     Plaintiff Abandon is a limited liability company organized and existing under the laws of the State of New York with its principal place of business at 810 7th Avenue, New York, NY 10019.

2.     Upon information and belief, Defendant CDC Games Limited ("CDC Games") is a corporation organized and existing under the laws of China with its principal place of business at 15/F Tower C2, Oriental Plaza, No. 1, Beijing, China 100728

1

PHIL1 731071-1

## JURISDICTION AND VENUE

3.     This Court possesses subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because the plaintiff is citizen of New York and the defendant is a citizen of a foreign state and because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4.     Pursuant to 28 U.S.C. §1391 venue is proper in this judicial district because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district and because defendant contractually-consented that this judicial district is a proper venue for this action and consented to exclusive jurisdiction in this Court.

5.     This Court has personal jurisdiction over defendant because, among other things, (a) the causes of action arise from defendant's minimum contacts with New York; (b) defendant carries on a continuous and systematic part of its general business within New York; and/or (c) defendant contractually-consented to personal jurisdiction in this Court.

## BACKGROUND

### The Parties Execute the Agreement

6.     Abandon is a company that develops and publishes entertainment content for multiple distribution channels, including mobile phone and online video games.

7.     CDC Games (a subsidiary of NASDAQ company, CDC Corporation) is a Chinese company that is one of the market leaders in online and mobile games in China.

8.     Abandon developed a game called "Freaky Creatures," which games falls within the genre known as "Massively Multiplayer Online Role-Playing Game (MMORPG)," a kind of

2

online role-playing video game in which a large number of players interact with one another in a virtual world.

9.    Freaky Creatures is the first mobile community-based game of its kind to combine user created content, strategy, simulation and popular trading card game elements, with true cross-platform gaming connectivity between mobile handsets and personal computers.

10.    On or about February 26, 2007, Abandon and CDC Games entered into a binding letter agreement to create a joint venture equally owned by Abandon and CDC Games for purposes of developing, marketing and selling the "Freaky Creatures" video game (the "Agreement"). A true and correct copy of the Agreement is attached hereto as Ex. A.

11.    Under the Agreement, CDC Games agreed to use its considerable market presence in Asia to market and distribute Freaky Creatures in China and Southeast Asia, including India and Vietnam.

12.    CDC Games pressed Abandon to have the Agreement negotiated and executed in a very short time frame so that CDC Games could announce its new deal with Abandon to the gaming community at a trade show.

13.    Within days of the Agreement being signed, CDC Games made numerous public comments about Freaky Creatures, including the following quotes from CDC Games that have been released by CDC Games and/or reported in the press (all of which were approved by CDC's management and public relations department):

> "Freaky Creatures is a great example of a compelling new license that has huge community appeal. As we add to our growing base of registered users, publishing high-quality, innovative titles like Freaky Creatures is fundamental to the growth of our games publishing business and to increasing our presence in new and expanding markets."

3

"We're excited about the future launch of such a compelling an innovative new game to the market. This joint venture will help spearhead our distribution of new and exciting titles, such as Freaky Creatures, in Southeast Asia which is emerging as the next big market for online games."

See Ex. B.

14.    Under the Agreement, CDC Games was bound to transfer $3,000,000 (USD) to the newly-created joint venture entity on or before March 30, 2007.

15.    CDC Games requested that the time period it had to make the $3 million payment be extended to April 6, 2007. Abandon agreed to this extension.

16.    CDC Games failed to make the required payments by April 6, 2007 and, therefore, breached its funding obligation to Abandon.

17.    CDC Games' breach of the Agreement and refusal to fund are extremely harmful to Abandon. Abandon has been deprived of the significant funding to which it is entitled under the parties' Agreement. Moreover, among several potential strategic partners for Freaky Creatures, Abandon chose to work with CDC Games. The entire gaming community has been made aware of the Agreement between Abandon and CDC, due in large part to the effusive published praise from CDC Games. Such conduct has hurt Abandon's ability to bring Freaky Creatures to market with the same expected success that Abandon would have enjoyed had CDC Games not breached the Agreement.

18.    CDC Games' actions and breaches of the Agreement have, at a minimum, caused $3,000,000 in damage to Abandon. CDC Games' misconduct also has exposed Abandon to significant lost profits that it would have received had CDC Games complied with its obligations

4

under the Agreement. Additionally, CDC Games' actions have created a real risk that Abandon's significant reputation and goodwill will be harmed.

**Count I**

**Breach of the Agreement**

19.    Abandon incorporates by reference the preceding paragraphs of the Complaint as if set forth in full herein.

20.    Abandon and CDC Games are parties to the Agreement.

21.    The Agreement provides, among other things, that "the provisions of this letter of intent are intended to be legally binding on CDC and Abandon."

22.    CDC Games has breached the Agreement by, among other things, failing to make payments when and as due.

23.    Abandon has been harmed and damaged as a result of CDC Games' breaches of the Agreement.

24.    All conditions precedent necessary to bring this action have been performed or have occurred.

WHEREFORE, plaintiff, Abandon Mobile, LLC, demands the following relief against defendant:

a.    compensatory damages in an amount in excess of $150,000.00, exclusive of costs and interest, including $3,000,000, plus lost profits; and

b.    interest, costs of suit and such other relief as the Court deems just and proper.

5

## Count II

## Unjust Enrichment (in the alternative to Count I)

25.    Abandon incorporates by reference the preceding paragraphs of the Complaint as if set forth in full herein.

26.    CDC Games' has received the benefit of announcing to the marketplace that CDC Games was going to be involved in the unique mobile community-based game known as "Freaky Creatures" and traded on Abandon's goodwill in the marketplace to boost investor confidence in CDC.

27.    CDC Games has not paid for the value of all the benefits conferred by Abandon.

28.    When CDC Games accepted those benefits, it knew that Abandon expected to be paid for the benefits conferred.

29.    Abandon has not received value from CDC Games in exchange for the value of all the benefits conferred by Abandon.

30.    CDC Games has been unjustly enriched at the expense of Abandon.

31.    It would be inequitable, unjust and unconscionable to allow CDC Games to retain such benefits without paying Abandon value therefor.

WHEREFORE, plaintiff, Abandon Mobile, LLC, demands the following relief against defendant:

a.    compensatory damages in an amount in excess of $150,000.00, exclusive of costs and interest; and

b.    interest, costs of suit and such other relief as the Court deems just and proper.

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

By:

Matthew J. Borger (MB 7898)
260 S. Broad Street
Philadelphia, PA   19102
215-568-6060

Attorneys for Plaintiff

Dated: _5/14/07_____

7

**EXHIBIT "A"**

March 2, 2007

John Lee
President
CDC Games Limited
15/F, Tower C2, Oriental Plaza,NO.1
East Chang AnAve, Dong Cheng District
Beijing, China, 100728

    Re:    Freaky Creatures

Dear Mr. Lee:

This binding letter of intent sets forth the basic terms upon which CDC Games Limited ("CDC") and Abandon Mobile, LLC ("Abandon") will form a new legal entity ("Newco") to continue the development and to publish, market and otherwise exploit the Freaky Creatures game and all attendant rights ("FC").

A reference to "$" means the lawful currency of the United States.

The parties agree to the following terms:

1.    Obligations. Abandon will perpetually contribute and transfer all of its right, title and interest in and to FC to Newco. Abandon will also contribute to Newco $500,000. CDC will contribute $3,000,000 into Newco. All contributions by CDC and Abandon shall be made on or prior to March 30, 2007.

2.    Incorporation and Equity Ownership. Each of CDC and Abandon agree to take all requisite steps to procure as soon as possible after the date of this letter of intent, the incorporation of Newco under a name agreed between the parties. Each of CDC and Abandon will own 50% of the equity of Newco and will be entitled to share equally in all distributions of cash-flow from Newco. Abandon and CDC shall cooperate to structure Newco in the most tax efficient manner.

3.    Newco Management. Newco will be managed by Abandon. CDC will provide guidance to Abandon throughout the continued development process of FC as required to tailor FC to the United States, Asian and other markets. Abandon will not take any of the following actions without the prior written consent of CDC: (i) the incurrence by Newco of any indebtedness for borrowed money, (ii) any sale or other disposition of any of the assets of Newco or any other transaction whereby the equity owners of Newco immediately prior to the transaction own less than fifty percent of the equity immediately after the transaction; (iii) entering into any business acquisition by Newco; (iv) entering into any transaction with an affiliate of Newco or Abandon; (v) issuing of any new shares, options or other securities in Newco or the making of any alteration whatsoever to the capital structure of, or rights attached to any shares, in Newco; (vi) registering or approving any transfer of shares in Newco contrary to this letter of intent; or (vii) determining to

Page 2

pay any dividend or making any distribution of profits or other assets of Newco to its shareholders. Notwithstanding clause (iv) above the parties acknowledge and agree that costs and expenses of Abandon to manage Newco and to continue the development and commercialization in all respects of FC will be borne by Newco from Newco funds and no approval is required from CDC for Newco to make payments on account thereof; provided, however, all such costs and expenses shall be on an arms-length basis on commercially reasonable terms and shall generally be on the same terms and conditions and at the same rates as those currently in place.

4.    Transfer of Stock in Newco. Subject to the subsequent sentence, neither CDC or Abandon may sell, transfer or otherwise dispose of any of its shareholding in Newco or assign its rights under this letter of intent without the prior consent of the other party. CDC shall be entitled to transfer its stock in Newco to an affiliate of CDC without obtaining the prior consent of Abandon.

5.    Capital and Funding. In the event Newco raises debt or equity funding, each of CDC and Abandon shall have the preemptive right to provide an amount of such funding equal to their proportionate equity ownership as of the date of the funding.

6.    Marketing. Each of CDC and Abandon shall appoint representatives to communicate with the other party and to be responsible for marketing and distribution of FC in the Asian Territory (defined in item 7 below) on the part of CDC and the further development and commercialization of FC in all other markets on the part of Abandon. Subject to the negotiation of mutually acceptable terms, Newco will use commercially reasonable efforts to use CDC affiliates or other parties introduced by CDC to Newco to produce its outsourced work on FC that is not currently under contract. The parties shall use best efforts to promptly agree upon mutually acceptable terms for the purposes of the preceding sentence.

7.    Asian Distribution. CDC (or its nominated affiliate) will act as the distributor and publisher of all FC games and merchandise directly related to FC games within China, Korea, Taiwan, Japan, India, Vietnam, Brazil and other territories as the parties may agree (the "Asian Territory"). As distributor/publisher CDC will be responsible for paying all marketing and distribution expenses and costs for the localization of FC and the distribution of FC within the Asian Territory (the "Recoupable Expenses") all in accordance with budgets and schedules to be agreed upon by Abandon and FC; provided, however, $500,000 of Newco's funds shall be used in connection with adapting FC to the Asian market. CDC shall be entitled to reimburse itself for all direct, out-of-pocket, third-party Recoupable Expenses incurred by it from the proceeds of distribution in the Asian Territory and then shall pay itself a royalty of 20% of the remaining gross revenue from the Asian Territory with the remaining 80% to be retained by Newco. Each of Abandon and CDC shall use commercially reasonable efforts to ensure FC is released in the Asian Territory no later than February 2008 or another date mutually agreed upon by the parties.

8.    Exit. Abandon shall have the right, exercisable for a sixty (60) day period beginning on the third year anniversary of the North American release of FC, to purchase CDC's interest in Newco for a purchase price of 3 times the dollar amount contributed by CDC for the initial purchase of interests in Newco (i.e. $9,000,000 assuming $3,000,000 is initially invested). If Abandon does not exercise this right, CDC shall have the right exercisable for a sixty (60) day period beginning on the sixty-first day after the third year anniversary of the North American release of FC, to exchange its stock in Newco for stock in Abandon with Abandon being valued for such purposes at 12x

Page 3

EBITDA for the then trailing twelve months and the value of CDC's interest in Newco being valued at the amount contributed by CDC for its initial purchase of interests in Newco (i.e. $3,000,000 assuming $3,000,000 is initially invested by CDC).

9.    Other Terms.  CDC and Abandon shall enter into definitive agreements, including a limited liability company agreement or other appropriate organizational documents and a publishing agreement with respect to the rights in the Asian Territory (the "Definitive Agreements") containing the terms of this letter of intent and other appropriate and customary terms not inconsistent herewith.   The parties shall use their best efforts to enter into the Definitive Agreements on or prior to March 30, 2007. The respective obligations of the parties contained in item 1 of this letter of intent shall be made no later than March 30, 2007 and if, as of such date, the Definitive Agreements have not been entered into, then this agreement shall be deemed to be the operating agreement defining the rights of the parties hereto until such time as the Definitive Agreements are executed. In the event that either CDC or Abandon have not complied with their respective obligations contained in item 1 of this letter of intent on or prior to March 30, 2007, the non-defaulting party will be entitled to terminate this letter of intent by serving a notice on such defaulting party and the non-defaulting party shall be entitled to an immediate refund of its investment made to Newco. .

10.    Disclosure. Except as and to the extent required by law, without the prior written consent of the other party, neither CDC nor Abandon will, and each will direct its representatives not to, make, directly or indirectly, any public comment, statement or communication with respect to, or otherwise to disclose or to permit the disclosure of the existence of discussions regarding, a possible transaction among the parties or any of the terms, conditions or other aspects of the transaction proposed in this letter of intent. If a party is required by law to make any such disclosure, it must first provide to the other party the content of the proposed disclosure, the reasons that such disclosure is required by law, and the time and place that the disclosure will be made.

11.    Costs. Except as otherwise expressly provided herein, each of CDC and Abandon will be responsible for and bear all of their respective costs and expenses (including any broker's or finder's fees and the expenses of its representatives) incurred at any time in connection with pursuing or consummating the transactions contemplated by this letter of intent.

12.    Entire Agreement. The matters contained herein constitute the entire agreement among the parties and supersede all prior oral or written agreements, understandings, representations and warranties and courses of conduct and dealing among the parties on the subject matter thereof. This agreement may be amended or modified only by a writing executed by all of the parties to this letter of intent.

13.    Governing Law. This agreement will be governed by and construed under the laws of the State of New York without regard to conflicts-of-laws principles.

14.    Jurisdiction; Service Of Process.  Any action or proceeding seeking to enforce any provision of, or based on any right arising out of, this agreement may be brought against any of the parties hereto solely in the state or federal courts located in New York, NY, and each of the parties consents to the exclusive jurisdiction of such courts (and of the appropriate appellate courts) in any

Page 4

such action or proceeding and waives any objection to venue laid therein. Process in any action or proceeding referred to in the preceding sentence may be served on any party anywhere in the world.

15.    <u>Counterparts</u>.  This letter of intent may be executed in one or more counterparts, each of which will be deemed to be an original of this letter of intent and all of which, when taken together, will be deemed to constitute one and the same letter of intent.

16.    <u>Binding Agreement</u>.  The provisions of this letter of intent are intended to be legally binding on CDC and Abandon.

If you are in agreement with the foregoing, please sign and return one copy of this letter of intent, which thereupon will constitute our understanding with respect to its subject matter.

Very truly yours,

Abandon Mobile, LLC

By: _____

Marcus Ticotin
CEO

Agreed to as on _____.

CDC Games Limited

By:    _____

John Lee
President

**Ira Rosenau - Your last version is approved**

| | |
|---|---|
| **From:** | "John Lee" <leewoongjae@gmail.com> |
| **To:** | "Marcus Ticotin" <mticotin@abandonent.com> |
| **Date:** | 3/2/2007 7:44 PM |
| **Subject:** | Your last version is approved |

The lawyer just sent me a mail saying the last version you sent is approved and I can sign.

Please update a clean version and insert my name in as the primary signator from the CDC side. Thanks!

**Ira Rosenau - Re: Did you get my signed pdf?**

| | |
|---|---|
| **From:** | "John Lee" <leewoongjae@gmail.com> |
| **To:** | "Marcus Ticotin" <mticotin@abandonent.com> |
| **Date:** | 3/3/2007 10:34 PM |
| **Subject:** | Re: Did you get my signed pdf? |

Marcus - I am in the air now with business class WLAN service - consider this my electronic signature.

On 3/4/07, **Marcus Ticotin** <mticotin@abandonent.com> wrote:

Enter a signature here.

**EXHIBIT "B"**



Yahoo! My Yahoo! Mail

Search: [          ]  **Web Search**

# YAHOO! FINANCE

**Sign In**
New User? Sign Up

Finance Home - Help



[Enter Symbol(s)]  **GET QUOTES**    Symbol Lookup    Finance Search

E*TRADE                More than a trade.    SCHWAB
E*TRADE Securities     More for the trader.

**Related Quote**

CHINA 10-May 12:41pm (C)Yahoo

CHINA    8.59    -0.05    News

**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

**Press Release**                          Source: CDC Corporation

# CDC Games Studio Partners with Abandon Mobile to Deliver an Innovative Cross-Platform Multiplayer Game to Global Markets

Wednesday March 7, 7:30 am ET

**Joint Venture Formed to Launch First Mobile, Community-based Game that Combines User-Created Content, Strategy, Simulation and Popular Trading Card Game Elements, with Cross-Platform Connectivity**

BEIJING, China & NEW YORK--(BUSINESS WIRE)--CDC Games, a business unit of CDC Corporation (NASDAQ: CHINA - News) and pioneer of the "free-to-play, pay-for-merchandise" model for online games in China, and Abandon Mobile, a leader in cross media interactive entertainment, announced today a joint venture for the upcoming multi-platform, multiplayer mobile game, Freaky Creatures. Freaky Creatures is the first mobile community-based game of its kind to combine user created content, strategy, simulation and popular trading card game elements, with true cross-platform gaming connectivity between mobile handsets and personal computers.

**Related News Stories**

- CDC Games Launches Open Beta Test for Special Force - Business Wire (Wed May 9)
- Chinese Tech Stock Weekly Summary - SeekingAlpha (Tue May 8)
- CDC Games Prepares to Launch The Lord of the Rings Online(TM) in China - Business Wire (Mon May 7)
- CDC Software's MVI Real-Time Performance Management Applications Selected by a Leading Provider of Health Care Products - Business Wire (Thu May 3)

More..

- By industry: Internet Software & Services

ADVERTISEMENT



SNUGGLE UP.

YAHOO! PERSONALS

I'M A [W] SEEKING A [M]
AGE [ ] TO [ ] ZIP [ ]
Find Someone

As part of the joint venture, CDC Games will market and distribute Freaky Creatures in China and southeast Asia, including India and Vietnam, while Abandon Mobile will market and distribute the game in North America and Europe.

This is CDC Games' latest investment as part of its previously announced establishment of CDC Games Studio, a wholly owned subsidiary of CDC Games that will have up to $100 million in investment funding. CDC Games Studio invests in strategic games development partners to accelerate the development of new and original online games for the China market. CDC Games Studio also supports emerging game developers which may already have

ADVERTISEMENT

Reno 911: Miami    The Number 23
The Messengers      Ghost Rider
The Astronaut       Breach
Farmer

operations in China or are seeking to relocate or expand into China and provides to them the resources they need to rapidly develop innovative products for distribution in China and targeted global regions.

This joint venture is the latest in a series of steps taken by CDC Games to deepen its games portfolio, strengthen its move into games development and expand its distribution channels and geographic reach on a global scale. The joint venture represents the latest major investment following its previously announced stake in Gorilla Banana, a leading online games developer from Korea and its recent investment in Possibility Space, a developer of free-to-play online games.

The joint venture with Abandon Mobile advances CDC Games' expansion into the development of new and innovative games, leveraging its foundation as a leading publisher of online games in China. The launch of Freaky Creatures is also consistent with each company's strategy to create a global channel for the expansion of its games, new IP, and further establish a presence in the world's top gaming markets. The partnership aligns world class designers, developers and publishers, of Abandon Mobile with publishing and licensing expertise of CDC Games, across multiple platforms and channels. Through the CDC family of companies, Freaky Creatures will leverage the support of offices in more than 30 countries, and more than 400 software engineers and developers in India alone.

"We're excited about the future launch of such a compelling an innovative new game to the market," said John Lee, president of CDC Games. "This joint venture will help spearhead our distribution of new and exciting titles, such as Freaky Creatures, in southeast Asia which is emerging as the next big market for online games."

"Our partnership with CDC Games marks a significant evolution in our ability to bring exciting, new IP to mainstream audiences around the world," said Jamie Ottilie, president and COO of Abandon Mobile.

About Abandon Mobile

Abandon Mobile, a partnership of Abandon Entertainment and GF Capital Management & Advisors develops and publishes entertainment content for multiple distribution channels. The Company and its principals have a longstanding record in the game segment including investing in Mythic Entertainment and co-publishing the hit online game, Dark Age of Camelot, along with Mythic which was recently sold to Electronic Arts (ERTS). In late 2005 after entering into an exclusive worldwide partnership with NBC sports to market mobile games, Abandon Mobile acquired Lucky Chicken Games, an established game developer that is leading the team on Freaky Creatures and other content creation initiatives of the Company.

About CDC Corporation

The CDC family of companies includes CDC Software focused on enterprise software applications and services, CDC Mobile focused on mobile applications, CDC Games focused on online games, and China.com focused on portals for the greater China markets. For more information about CDC Corporation (NASDAQ: CHINA - News), please visit www.cdccorporation.net.

About CDC Games

CDC Games is one of the market leaders of online and mobile games in China with over 45 million registered users. The company pioneered the "free-to-play, pay-for-merchandise" online games model in China with Yulgang, which has received the "Top 10 Most Popular Games" award from the China Game Industry Annual Conference (CGIAC) for two consecutive years, in 2005 and 2006. Stone Age 2, from CDC Games, also received the award for "Most Anticipated Game of 2007"

from CGIAC. In March 2007, the company announced the formation of CDC Games Studio, funded by up to $100 million, to establish strategic relationships with selected games development partners to accelerate the development of new, original online games for China and other targeted global geographies.

Cautionary Note Regarding Forward-Looking Statements

This press release includes "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995. These forward-looking statements include statements regarding the ability of such investment to provide innovative and popular online games for the China and India markets, the ability of such investment to fuel growth, the track record of Abandon Mobile delivering popular and innovative games, the anticipated launch dates for future games by CDC Games, and other statements that are not historical fact, the achievement of which involve risks, uncertainties and assumptions. If any such risks or uncertainties materialize or if any of the assumptions proves incorrect, our results could differ materially from the results expressed or implied by the forward-looking statements we make. These statements are based on management's current expectations and are subject to risks and uncertainties and changes in circumstances. There are important factors that could cause actual results to differ materially from those anticipated in the forward looking statements, including the following: (a) the ability to realize strategic objectives by taking advantage of market opportunities in targeted geographic markets; (b) the ability to make changes in business strategy, development plans and product offerings to respond to the needs of current, new and potential customers, suppliers and strategic partners; (c) the effects of restructurings and rationalization of operations; (d) the ability to address technological changes and developments including the development and enhancement of products; (e) the ability to develop and market successful MMORPGS; and (f) the entry of new competitors and their technological advances. Further information on risks or other factors that could cause results to differ is detailed in filings or submissions with the United States Securities and Exchange Commission made by CDC Corporation in its Annual Report for the year ended December 31, 2005 on Form 20-F filed on June 21, 2006. All forward-looking statements included in this press release are based upon information available to management as of the date of the press release, and you are cautioned not to place undue reliance on any forward looking statements which speak only as of the date of this press release. The company assumes no obligation to update or alter the forward looking statements whether as a result of new information, future events or otherwise.


*Contact:*

```
CDC Corporation, Atlanta
Public Relations
Scot McLeod, 678-259-8625
scotmcleod@cdcsoftware.com
or
Investor Relations
Monish Bahl, 678-259-8510
Monish.bahl@cdcsoftware.com
```

---

Source: CDC Corporation


 ✉ Email Story       🔔 Set News Alert       🖨 Print Story

| Search News |

Sponsor Results

**Online Currency Trading - Free Demo**
24-Hour trading, award-winning software, charts and more from GFT.
www.gftforex.com

**Mortgage Rates Fall Again**
$430,000 Loan $1299/mo. Think you pay too much? Calculate new payment.
www.LowerMyBills.com

**Try Forex Currency Trading at Forex.com**
Free $50,000 practice account with real-time charts, news and research.
www.forex.com

(What's This?)

### Top Stories

- Weak Retail Sales Torpedo Stocks - AP (12:46 pm)
- Video: Retailers Ring Up Sluggish Results - FOX Business Now (10:55 am)
- Retailers Post Weak April Sales - AP (1:03 pm)
- Trade Deficit Shoots Up in March - AP (8:59 am)

More...

---

- Most-viewed articles

---

### RSS Feeds

Add headlines to your personalized My Yahoo! Page
( About My Yahoo! and RSS )

CHINA Headlines

Internet Software & Services Headlines

More Finance RSS Feeds

---

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials by posting, archiving in a public web site or database, or redistribution in a computer network is strictly forbidden.

> Welcome to Modojo. Join the Party!

Signup! It's Fr



**MODOJO**
We Know Handhelds

Find Games

search for games  [Go]

### Channels

Home

News

Games

Reviews

Previews

Cheats & Tips

Features

Blogs

Tags

Forum

**Mobile Gaming**

**Nintendo DS**

**Sony PSP**

**Game Boy**

**N-Gage**

**myMO**

**Forums**

**Modojo Biz**



**Get The Castrol SYNTEC**
**Need For Speed™ Carbon Cheat Code**

# [PR] Abandon Mobile And CDC Games Join Forces To E New Cross-Platform, Multiplayer IP, Freaky Creatures, Global Markets

⊞ Written by Modojo Staff on Friday, March 9, 2007

**New Business Venture Supports Cross Platform Approach and Expansion of IP Across Multiple Channels**

New York, USA and Beijing, China - March 7, 2007 - Abandon Mobile, a leader in cross-media interactive entertainment, along with CDC Games, a business unit of CDC Corporation (NASDAQ: CHINA), today announced a joint venture for the upcoming multi-platform, multiplayer game, Freaky Creatures. Freaky Creatures is the first community-based game of its kind to combine user-created content, strategy, simulation and popular trading card game elements.

The partnership aligns world class designers, developers and publishers of Abandon Mobile with the publishing and licensing expertise of CDC Games across multiple platforms and channels. As part of the joint venture, CDC Games will market and distribute Freaky Creatures in China and Southeast Asia, including India and Vietnam, while Abandon Mobile will market and distribute the game in North / and Europe. Freaky Creatures is an innovative IP allowing users to create a completely unique character and interact players on PC or Mobile. Choose from one of ten distinctive species and hundreds of parts and skills designed to fully

**Get The Castrol SYNTEC**
**Need For Speed™ Carbon Cheat Code**

**Available exclusively from** *SYN*

customize your experience. Then, take your creature on an intergalactic adventure, unlocking your creature's power territory and confront evil corporations. The person who has the most powerful creatures and the best trainers ultimat determines who will rule the resources and the planets.

"Freaky Creatures is a completely new idea, but contains key elements of traditional online game play, including persi characters, a diverse universe, addictive mechanics and total ownership of your creations," said Jamie Ottilie, Preside COO of Abandon Mobile. "Our partnership with CDC Games significantly enhances our ability to foster community and this exciting property to mainstream audiences around the world."

"Freaky Creatures is a great example of a compelling new license that has huge community appeal," said John Lee, Pr of CDC Games. "As we add to our growing base of registered users, publishing high-quality, innovative titles like Freal Creatures is fundamental to the growth of our games publishing business and to increasing our presence in new and expanding markets."

Developed and published by Abandon Mobile, Freaky Creatures is designed with specific features to engage a growing savvy teen/tween market. The Freaky Creatures online community is a place where creature creators and battlers alil find everything from strategies to special member contests. Online and Mobile Comics, message boards, developer ch custom tournaments, webisodes, wallpapers and leader boards are also a part of the Freaky Creature community.

About Abandon Mobile

Abandon Mobile, a partnership of Abandon Entertainment and GF Capital Management and Advisors, develops and pul entertainment content for multiple distribution channels. The company and its principals have a longstanding record in game segment including investing in Mythic Entertainment and co-publishing the hit online game, Dark Age of Camel with Mythic which was recently sold to Electronic Arts (ERTS). In late 2005, after entering into an exclusive worldwide partnership with NBC sports to market mobile games, Abandon Mobile acquired Lucky Chicken Games, an established developer that is leading the team on Freaky Creatures and other content creation initiatives of the company.

About CDC Corporation

The CDC family of companies includes CDC Software, focused on enterprise software applications and services, CDC N focused on mobile applications, CDC Games, focused on online games, and China.com, focused on portals for the gre China markets. For more information about CDC Corporation (NASDAQ: CHINA), please visit www.cdcorporation.net

About CDC Games

---

**Find Games**
myMO
search for games [Go]
Register

**Channels**
Tools
Home
News
For Developers/Publishers
Games
Press/Messaging
Search
Boards/Forums
Previews
Cheats & Tips
Features
Blogs
Tags
Forum

**Mobile Gaming**
Nintendo DS
Sony PSP
Game Boy
N-Gage
myMO

**Forums**
Modojo Biz

**myMO**
Register

**Tools**

For Developers/Publishers
Find Games

Private Messaging
Search for games [Go]

Search Forums

Channels

Home

News

Games

Reviews

Previews

Cheats & Tips

Features

Blogs

Tags

Forum

Mobile Gaming

Nintendo DS

Sony PSP

Game Boy

N-Gage

myMO

Forums

Modojo Biz

myMO

Register

Tools

CDC Games is one of the market leaders of online and mobile games in China with over 45 million registered users. Th company pioneered the "free-to-play, pay-for-merchandise" online games model in China with Yulgang, which has rec the "Top 10 Most Popular Games" award from the China Game Industry Annual Conference (CGIAC) for two consecuti in 2005 and 2006. Stone Age 2, from CDC Games, also received the award for "Most Anticipated Game of 2007" from In August 2006, the company announced its Games Developer Partner Program, funded by US$20 million, to establish strategic relationships with selected games development partners and accelerate the development of new, original onl games.

RELATED ARTICLES

LINKS & STUFF Abandon Mobile and GlobalFun Enter Exclusive Distribution Agreement
for NBC Sports Branded Games - Posted 2 months ago

0 Comments Available - Add/View

link   Digg This Article ⟳  Add to Del.icio.us ⟳  Submit to Slashdot

discuss   Blog This Article ⟳  Discuss on Forums

coverage   What's New on Modojo ⟳  Find More Games

Read This!
The Psychology of Fanboyism

Chec
The Best of DS Ho

Copyright 2006 Modojo. Contact Us | Privacy Policy

For Developers/Publishers

Private Messaging

Search Forums