IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABANDON MOBILE, LLC | : |
| Plaintiff, | : |
| | : Civil Action No. _____ |
| v. | : |
| | : JURY TRIAL DEMANDED |
| CDC GAMES, LTD. | : |
| Defendant. | : |

**RECEIVED MAY 15 2007 U.S.D.C. S.D.N.Y. CASHIERS**

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Abandon Mobile, LLC ("Abandon") (a private non-governmental party) certifies as follows:

1. Abandon does not have a parent corporation, although 85% of its stock is owned by a private entity known as AE Capital Partners LLC, a New York limited liability company; and

2. No publicly held corporation owns 10% or more of the stock of Abandon.

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _____
Matthew L. Borger (MB 7898)
260 S. Broad Street
Philadelphia, PA 19102
215-568-6060

Attorneys for Plaintiff

Dated: 5/14/07