UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ABANDON MOBILE, LLC

        Plaintiff,

                          Docket No.
                          07-CV-3828(WHP)
        v.

                          **NOTICE OF APPEARANCE**

CDC GAMES, LTD,

        Defendant.
_____

    **SIRS:**

    **PLEASE TAKE NOTICE** that the undersigned counsel, reserving all defenses, hereby appears in this action on behalf of the Defendant CDC Games, LTD:

                          MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

                          By: _____
                          Patrick J. Monaghan, Esq. (PM 6297)
                          28 West Grand Avenue
                          Montvale, New Jersey 07645
                          Phone: (201) 802-9060
Dated: August 14, 2007      Fax: (201) 802-9066

TO:    Clerk
       United States District Court
       Southern District of New York
       500 Pearl Street, Room 120
       New York, New York 10007-1581

       William T. Hill, Esq.
       Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
       260 S. Broad Street
       Philadelphia, PA 19102
       *Attorney for Plaintiff, Abandon Mobile, LLC*