# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN **†
EUGENE G. LAMB **†
JUVENAL L. MARCHISIO **
JAMES P. O'NEILL ***†
MICHAEL KORIK *

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: (201) 802-9060
FAX: (201) 802-9066
E-Mail: mmlmlawyers@aol.com

NEW YORK OFFICE:
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10021

(212) 541-6980
FAX: (212) 541-6994

* ADMITTED IN NJ AND NY
** ADMITTED IN NJ
*** ADMITTED IN FL
† OF COUNSEL

August 14, 2007

**VIA FAX WITH PERMISSSION: (212) 805-6390**
William H. Pauley, III, J.U.S.D.C.
United States District Court
Southern District of New York
Room 2210
500 Pearl Street
Brooklyn, New York 10007-1312

Re:  Abandon Mobile, LLC v. CDC Games, Ltd.
     Docket No. 07-CV-3828 (WHP)
     Our File No. 3920

Dear Judge Pauley:

Our Firm has been retained today on behalf of the Defendant, CDC Games, Ltd., and we have concurrently e-filed a Notice of Appearance. We are members of the New York and New York State and Federal bars. I write in connection with the Initial Conference which your Honor has scheduled for Friday, August 17, 2007 at 10:00 AM.

My adversary, William T. Hill, Esq. has consented to an adjournment of same as I have not had an opportunity to review the files in this matter. More importantly, I have a conflict in that I am arguing a motion in the Superior Court of Bergen County in connection with a pre-judgment attachment on Friday morning.

Accordingly, on behalf of the Defendant CDC Games, Ltd., I request on behalf of the Defendant CDC Games, Ltd. that the Initial Conference be adjourned to some date after Labor Day.

Respectfully submitted,

Patrick J. Monaghan, Jr.

PJM:MVA
cc:  William T. Hill, Esq. via E-Mail
     CDC Games, Ltd. via E-Mail

*Application granted. This Court will hold an initial pre-trial conference on September 4, 2007 at 10:30 a.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/16/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07