UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abandon Mobile, LLC,
        Plaintiff,

-against-                            07-CV-3828 (WHP)

CDC Games, LTD.,              MOTION TO ADMIT COUNSEL
        Defendant.           PRO HAC VICE

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew J. Borger, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | William T. Hill |
| Firm Name: | Klehr, Harrison, Harvey, Branzburg & Ellers LLP |
| Address: | 260 South Broad Street |
| City/State/Zip: | Philadelphia, PA 19102-5003 |
| Phone Number: | (215) 568-6060 |
| Fax Number: | (215) 568-6603 |

William T. Hill is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey. Mr. Hill's Certificate of Good Standing from the Supreme Court of Pennsylvania, issued August 3, 2007, is attached hereto as Exhibit 1.

There are no pending disciplinary proceedings against William T. Hill in any State or Federal court.

PHIL1 746528-1

Dated: August 7, 2007
City, State: Philadelphia, Pennsylvania

        Respectfully submitted,

        _/s/ Matthew J. Borger_

| | |
|---|---|
| Sponsor: | Matthew J. Borger |
| SDNY Bar Code: | MB 7898 |
| Firm Name: | Klehr, Harrison, Harvey, Branzburg & Ellers LLP |
| Address: | 260 South Broad Street |
| City/State/Zip: | Philadelphia, PA 19102-5003 |
| Phone Number: | (215) 568-6060 |
| Fax Number: | (215) 568-6603 |



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *William Thomas Hill, Jr., Esq.*

#### DATE OF ADMISSION

*November 7, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 3, 2007

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk

Case 1:07-cv-03828-WHP    Document 7    Filed 08/17/2007    Page 3 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Abandon Mobile, LLC,

                    Plaintiff,          07-CV-3828 (WHP)

   -against-                      AFFIDAVIT OF MATTHEW J. BORGER IN SUPPORT OF MOTION TO ADMIT

CDC Games, LTD.,                 COUNSEL PRO HAC VICE

                    Defendant.

---

Commonwealth of Pennsylvania   )
                                         )   ss:
County of Philadelphia              )

Matthew J. Borger, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Klehr, Harrison, Harvey, Branzburg & Ellers LLP ("Klehr Harrison"), counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit William T. Hill as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in August 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. William T. Hill is an associate at Klehr Harrison.

4. I have known William T. Hill since January 2006, when he joined Klehr Harrison.

5. I have found William T. Hill to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of William T. Hill, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of William T. Hill, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit William T. Hill, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated: August 7, 2007
City, State: Philadelphia County, Pennsylvania
Notarized: Susan Leomporra

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN LEOMPORRA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 11, 2010

Respectfully submitted,

Matthew J. Borger
SDNY Bar Code: MB 7898

2

PHIL1 746531-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Abandon Mobile, LLC,**

                **Plaintiff,**

-against-

**CDC Games, LTD.,**

                **Defendant.**

**07-CV-3828 (WHP)**

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---

Upon the motion of Matthew J. Borger, attorney for Plaintiff Abandon Mobile, LLC, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | William T. Hill |
| Firm Name: | Klehr, Harrison, Harvey, Branzburg & Ellers LLP |
| Address: | 260 South Broad Street |
| City/State/Zip: | Philadelphia, PA 19102-5003 |
| Phone Number: | (215) 568-6060 |
| Fax Number: | (215) 568-6603 |
| Email Address: | whill@klehr.com |

is admitted to practice pro hac vice as counsel for Plaintiff Abandon Mobile, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                                           _____
                                                                           United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Abandon Mobile, LLC,
       Plaintiff,

  -against-                     07-CV-3828 (WHP)

CDC Games, LTD.,               PROOF OF SERVICE
                                      OF MOTION TO ADMIT
        Defendant.            COUNSEL PRO HAC VICE

---

      I, Mathew J. Borger, am a member of the Bar of this Court and a partner at Klehr, Harrison, Harvey, Branzburg & Ellers LLP, counsel for Plaintiff Abandon Mobile, LLC in the above-captioned matter. I hereby certify that on August 7, 2007, I caused a true and correct copy of Plaintiff's Motion to Admit William T. Hill Pro Hac Vice and Affidavit of Matthew J. Borger in support thereof, to be served upon the following by Federal Express International Mail and e-mail:

                      CDC Games, LTD.
                      15/F Tower C2
                      Oriental Plaza, No. 1
                      Beijing, China 100728
                        Attention: Albert Jok, Esquire
                                (albert.jok@cdccorporation.net);

and upon the following via Federal Express:

                      Michael Latimore
                      Chief Financial Officer, CDC Games LTD.
                      CDC Software
                      Two Concourse Parkway
                      Suite 800
                      Atlanta, GA 30328

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:         August 7, 2007
City, State:   Philadelphia, Pennsylvania

                                        */s/ Matthew J. Borger*

Sponsor:          Matthew J. Borger
SDNY Bar Code:    MB 7898
Firm Name:        Klehr, Harrison, Harvey,
                  Branzburg & Ellers LLP
Address:          260 South Broad Street
City/State/Zip:   Philadelphia, PA 19102-5003
Phone Number:     (215) 568-6060
Fax Number:       (215) 568-6603

2