UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Abandon Mobile, LLC,
        Plaintiff,

-against-         07-CV-3828 (WHP)

CDC Games, LTD.,       MOTION TO ADMIT COUNSEL
        Defendant.      PRO HAC VICE

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew J. Borger, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    Ira A. Rosenau
    Firm Name:    Klehr, Harrison, Harvey, Branzburg & Ellers LLP
    Address:    260 South Broad Street
    City/State/Zip:    Philadelphia, PA 19102-5003
    Phone Number:    (215) 568-6060
    Fax Number:    (215) 568-6603

Ira A. Rosenau is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey. Mr. Rosenau's Certificate of Good Standing from the Supreme Court of Pennsylvania, issued August 3, 2007, is attached hereto as Exhibit 1.

---

There are no pending disciplinary proceedings against Ira A. Rosenau in any State or Federal court.

Dated: August 7, 2007
City, State: Philadelphia, Pennsylvania

                        Respectfully submitted,

                        _____
Sponsor:                Matthew J. Borger
SDNY Bar Code:   MB 7898
Firm Name:           Klehr, Harrison, Harvey,
                        Branzburg & Ellers LLP
Address:                260 South Broad Street
City/State/Zip:        Philadelphia, PA 19102-5003
Phone Number:      (215) 568-6060
Fax Number:          (215) 568-6603

2

PHIL1 746529-1



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Ira Alan Rosenau, Esq.

#### DATE OF ADMISSION

#### December 6, 1995

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 3, 2007

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Abandon Mobile, LLC,

                Plaintiff,

   -against-

CDC Games, LTD.,

                Defendant.

07-CV-3828 (WHP)

AFFIDAVIT OF MATTHEW J.
BORGER IN SUPPORT OF
MOTION TO ADMIT
COUNSEL PRO HAC VICE

---

Commonwealth of Pennsylvania  )
                                          )  ss:
County of Philadelphia              )

Matthew J. Borger, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Klehr, Harrison, Harvey, Branzburg & Ellers LLP ("Klehr Harrison"), counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Ira A. Rosenau as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in August 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ira A. Rosenau is also a partner at Klehr Harrison.

4. I have known Ira A. Rosenau since August 2001, when I joined Klehr Harrison.

5. I have found Ira A. Rosenau to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Ira A. Rosenau, pro hac vice.

PHIL1 746532-1

2

7.  I respectfully submit a proposed order granting the admission of Ira A. Rosenau, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Ira A. Rosenau, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated: August 7, 2007
City, State: Philadelphia County, Pennsylvania
Notarized: Susan Leomporra

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN LEOMPORRA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 11, 2010

Respectfully submitted,

Matthew J. Borger
SDNY Bar Code: MB 7898

2

PHIL1 746532-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abandon Mobile, LLC,

                Plaintiff,

-against-

CDC Games, LTD.,

                Defendant.

07-CV-3828 (WHP)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Matthew J. Borger, attorney for Plaintiff Abandon Mobile, LLC, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Ira A. Rosenau |
| Firm Name: | Klehr, Harrison, Harvey, Branzburg & Ellers LLP |
| Address: | 260 South Broad Street |
| City/State/Zip: | Philadelphia, PA 19102-5003 |
| Phone Number: | (215) 568-6060 |
| Fax Number: | (215) 568-6603 |
| Email Address: | irosenau@klehr.com |

is admitted to practice pro hac vice as counsel for Plaintiff Abandon Mobile, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                                       _____
                                                                       United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Abandon Mobile, LLC,
   Plaintiff,

 -against-

CDC Games, LTD.,

   Defendant.

07-CV-3828 (WHP)

PROOF OF SERVICE
OF MOTION TO ADMIT
COUNSEL PRO HAC VICE

---

  I, Mathew J. Borger, am a member of the Bar of this Court and a partner at Klehr, Harrison, Harvey, Branzburg & Ellers LLP, counsel for Plaintiff Abandon Mobile, LLC in the above-captioned matter. I hereby certify that on August 7, 2007, I caused a true and correct copy of Plaintiff's Motion to Admit Ira A. Rosenau Pro Hac Vice and Affidavit of Matthew J. Borger in support thereof, to be served upon the following by Federal Express International Mail and e-mail:

    CDC Games, LTD.
    15/F Tower C2
    Oriental Plaza, No. 1
    Beijing, China 100728
     Attention: Albert Jok, Esquire
       (albert.jok@cdccorporation.net);

and upon the following via Federal Express:

    Michael Latimore
    Chief Financial Officer, CDC Games LTD.
    CDC Software
    Two Concourse Parkway
    Suite 800
    Atlanta, GA 30328

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

PHIL1 746559-1

Dated: August 7, 2007
City, State: Philadelphia, Pennsylvania

                         _/s/ Matthew J. Borger_

Sponsor: Matthew J. Borger
SDNY Bar Code: MB 7898
Firm Name: Klehr, Harrison, Harvey, Branzburg & Ellers LLP
Address: 260 South Broad Street
City/State/Zip: Philadelphia, PA 19102-5003
Phone Number: (215) 568-6060
Fax Number: (215) 568-6603

2

PHIL1 746559-1