UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Abandon Mobile, LLC,
          Plaintiff,

-against-                         07-CV-3828 (WHP)

CDC Games, Ltd.,               AFFIDAVIT OF SERVICE
                                                 OF COMPLAINT AND SUMMONS
          Defendant.

---

       I, Matthew J. Borger, Esquire, being duly sworn according to law, hereby depose and state as follows:

       1.    I am a member of the Bar of this Court and a partner of the firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, counsel to Plaintiff Abandon Mobile, LLC, in the above-referenced matter. I have personal knowledge of the information contained in this Affidavit and can testify as to the information if necessary.

       2.    On August 1, 2007, I caused true and correct copies of the Summons, Complaint, Civil Cover Sheet and Order for Pretrial Conference to be personally served upon Michael Latimore, the Chief Financial Officer of Defendant CDC Games, Ltd. ("CDC"), at the address of Two Concourse Parkway, Suite 800, Atlanta, Georgia 30328. A true and correct copy of the sworn Affidavit of Service of process server Mark Raines, attesting that he personally served Mr. Latimore at the foregoing address on August 1, 2007, is attached hereto as Exhibit "A."

       3.    Pursuant to Rules 4(h)(1) and 4(e)(1) of the Federal Rules of Civil Procedure, and Rule 311(a)(1) of the New York Civil Practice Law and Rules, service of the foregoing

documents was effectuated upon CDC on August 1, 2007 when they were personally delivered to Mr. Latimore.

4.  The information contained in this Affidavit is true and correct to the best of my knowledge, or information and belief.

>KLEHR, HARRISON, HARVEY,
>BRANZBURG & ELLERS LLP
>
>By: _____
>Matthew J. Borger, Esq. (MB 7898)
>260 South Broad Street
>Philadelphia, PA 19102-5003
>(215) 568-6060
>Fax: (215) 568-6603
>Attorneys for Plaintiff,
>Abandon Mobile, LLC

Dated: August 30, 2007
City, State: Philadelphia, Pennsylvania

Sworn to and subscribed
before me on this 30
day of August, 2007.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA BRADLEY-ANCRUM, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 15, 2010

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 1:07-CV-3828

---

ABANDON MOBIL, LLC

, Plaintiff(s)

- against -

CDC GAMES, LTD.,

, Defendant(s)

---

State of Georgia    )
                    )  SS.:
County of Fulton    )

### AFFIDAVIT OF SERVICE

Mark Raines being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Georgia.  That on 08/01/2007 at  3:10 PM at:

    CDC SOFTWARE
    TWO CONCOURSE pARKWAY
    SUITE 800
    ATLANTA GA 30328

Deponent served the:

ORDER FOR INITIAL PRETRIAL CONFERENCE
SUMMONS IN A CIVIL CASE AND COMPLAINT WITH JURY TRIAL DEMANDED
CIVIL COVER SHEET
upon MICHAEL LATIMORE, by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Georgia. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 45 HEIGHT: 6'2''   WEIGHT: 190      HAIR: OTHER       RACE: WHITE       SEX: MALE
OTHER: SALT AND PEPER HAIR WITH GLASSES

_____
Mark Raines          License #

SWORN TO BEFORE ME 8-1-07

OUR DOC# 18875
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Philadelphia PA 19102
215-568-6060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Abandon Mobile, LLC,
        Plaintiff,

-against-

CDC Games, Ltd.,

        Defendant.

07-CV-3828 (WHP)

CRTIFICATE OF SERVICE
OF AFFIDAVIT OF SERVICE

---

I, Mathew J. Borger, am a member of the Bar of this Court and a partner at Klehr, Harrison, Harvey, Branzburg & Ellers LLP, counsel for Plaintiff Abandon Mobile, LLC in the above-captioned matter. I hereby certify that on August 30, 2007, I caused a true and correct copy of Plaintiff's Affidavit of Service to be served upon the following counsel of record by United States First Class Mail:

    Patrick J. Monaghan, Jr.
    Monaghan, Monaghan, Lamb & Marchisio, LLP
    28 West Grand Avenue
    Montvale, NJ 07645

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Matthew J. Borger, Esq. (MB 7898)
    Klehr, Harrison, Harvey, Branzburg & Ellers LLP
    260 South Broad Street
    Philadelphia, PA 19102-5003
    (215) 568-6060
    Fax: (215) 568-6603
    Attorneys for Plaintiff,
    Abandon Mobile, LLC

Dated:        August 30, 2007
City, State:   Philadelphia, Pennsylvania