USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abandon Mobile, LLC,

                 Plaintiff,        07-CV-3828 (WHP)

-against-

                             ORDER FOR ADMISSION
                             PRO HAC VICE ON
CDC Games, LTD.,               WRITTEN MOTION

                 Defendant.

Upon the motion of Matthew J. Borger, attorney for Plaintiff Abandon Mobile, LLC, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Ira A. Rosenau |
| Firm Name: | Klehr, Harrison, Harvey, Branzburg & Ellers LLP |
| Address: | 260 South Broad Street |
| City/State/Zip: | Philadelphia, PA 19102-5003 |
| Phone Number: | (215) 568-6060 |
| Fax Number: | (215) 568-6603 |
| Email Address: | irosenau@klehr.com |

is admitted to practice pro hac vice as counsel for Plaintiff Abandon Mobile, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/30/07
City, State: New York, NY

                                                      _____
                                                      United States District/~~Magistrate Judge~~
                                                      William H. Pauley III

PHIL1 746534-1