USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

ABANDON MOBILE, LLC,

   Plaintiff,

 -against-

CDC GAMES, LTD.,

   Defendant.

------------------------------X

07 Civ. 3828 (WHP)

SCHEDULING ORDER No. 1

WILLIAM H. PAULEY III, District Judge:

  Counsel for the parties having appeared for a September 4, 2007 conference before this Court, the following schedule is established on their consent:

1. Discovery shall be completed by January 18, 2008;

2. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by February 15, 2008; and

3. This Court will hold a final pre-trial conference on February 29, 2008 at 10:30 a.m.

Dated: September 4, 2007
   New York, New York

       SO ORDERED:

       _____
       WILLIAM H. PAULEY III
       U.S.D.J.

*Counsel of record:*

Matthew Joseph Borger, Esq.
William T. Hill, Esq.
Ira Rosenau, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 S. Broad Street, 4th Floor
Philadelphia, PA 19102
*Counsel for Plaintiff*

Patrick J. Monaghan, Jr., Esq.
Monaghan, Monaghan, Lamb & Marchisio
150 West 55th Street
New York, NY 10019
*Counsel for Defendant*