UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ABANDON MOBILE, LLC.,

                      Plaintiff,

-against-

CDC GAMES, LTD.,

                      Defendant.
-----------------------------------------------------------X

Index No. 07-CV-3828 (WHP)

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ABANDON MOBILE, LLC, , by their attorneys, Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, and Defendant CDC GAMES, LTD., by their attorneys, Monaghan, Monaghan, Lamb & Marchisio, LLP, that the time for Defendant CDC GAMES, LTD., to Answer or otherwise respond to the Complaint is extended to and including September 7, 2007.

Facsimile signatures shall be deemed originals for the purposes of the Stipulation. This Stipulation may be filed with the Court without further notice.

Dated: September 5, 2007

X_____
Klehr Harrison Harvey Branzburg &
Ellers LLP
Attorneys for Plaintiffs
By: Ira A. Rosenau
260 South Broad Street
Philadelphia, PA 19101-5003
215-568-6060 (tel)
215-568-6603 (fax)

X_____
Monaghan, Monaghan, Lamb &
Marchisio, LLP
Attorneys For Defendant
By: Patrick J. Monaghan
28 West Grand Avenue
Montvale, NJ 07645
201-802-9060 (tel)
201-802-9066 (fax)

SO ORDERED:

X_____
William H. Pauley III, U.S.D.J.