# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN ** †
EUGENE G. LAMB ** †
JUVENAL L. MARCHISIO **
JAMES P. O'NEILL *** †
MICHAEL KORIK *

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: **(201) 802-9060**
FAX: **(201) 802-9066**
E-Mail: mmlmlawyers@aol.com

NEW YORK OFFICE:
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10021

(212) 541-6980
FAX: (212) 541-6994

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FLA AND NY
† OF COUNSEL

FEB 14 2008

February 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2008

**VIA FAX WITH PERMISSSION: (212) 805-6390**
William H. Pauley, III, J.U.S.D.C.
United States District Court
Southern District of New York
Room 2210
500 Pearl Street
New York, New York 10007-1312

Re: Abandon Mobile, LLC v. CDC Games, Ltd.
    Docket No. 07-CV-3828 (WHP)
    Our File No. 3920

Dear Judge Pauley:

We represent Defendants and request, with the consent of our adversaries, a one week extension of time in which to submit our Pre-Trial Order currently due on Friday, February 15, 2008. With the consent of the Court, the new due date for the Pre-Trial Order shall be February 21, 2008.

Respectfully submitted,

Melissa V. Auriemma, Law Clerk

MVA
cc: *William Hill, Esq. via E-mail*

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/15/2008