UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
::
ABANDON MOBILE, LLC,　　　　　　　　　　　07 Civ. 3828 (WHP)

          Plaintiff,　　　　　　　　　　　SCHEDULING ORDER No. 2

     -against-

CDC GAMES, LTD.,

          Defendant.
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

      Counsel for the parties having appeared for a February 29, 2008 conference, the following is established on consent:

1. Defendant shall produce all documents and information responsive to Plaintiff's outstanding discovery requests by April 4, 2008;

2. All depositions shall be completed by June 20, 2008;

3. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by July 31, 2008; and

4. This Court will hold a final pre-trial conference on August 8, 2008 at 10:30 a.m.

Dated: February 29, 2008
      New York, New York

                    SO ORDERED:

                    WILLIAM H. PAULEY III
                    U.S.D.J.

*Counsel of record:*

Matthew Joseph Borger, Esq.
William T. Hill, Esq.
Ira Rosenau, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 S. Broad Street, 4th Floor
Philadelphia, PA 19102
*Counsel for Plaintiff*

Patrick J. Monaghan, Jr., Esq.
Monaghan, Monaghan, Lamb & Marchisio
150 West 55th Street
New York, NY 10019
*Counsel for Defendant*