UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X
ABANDON MOBILE, LLC,

          Plaintiff,

    -against-

CDC GAMES, LTD.,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 3828 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

      It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated:    June 27, 2008
           New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                               U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2008

*Counsel of Record:*

Matthew Joseph Borger, Esq.
William T. Hill, Esq.
Ira Rosenau, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 S. Broad Street, 4th Floor
Philadelphia, PA 19102
*Counsel for Plaintiff*

Patrick J. Monaghan, Jr., Esq.
Monaghan, Monaghan, Lamb & Marchisio
150 West 55th Street
New York, NY 10019
*Counsel for Defendant*