IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ABANDON MOBILE, LLC

Plaintiff,

v.

CDC GAMES, LTD.

Defendant.

Civil Action No.
1:07-cv-3828(WHP)

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Abandon Mobile, LLC and Defendant CDC Games, Ltd. hereby stipulate to the dismissal of this action, with prejudice.

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

_____
Ira A. Rosenau, Esq.
William T. Hill, Esq.
260 South Broad Street
Philadelphia, PA 19102-5003
(215) 568-6060
Fax: (215) 568-6603

Attorneys for Plaintiff,
Abandon Mobile, LLC

MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

_____
Patrick J. Monaghan, Jr.
401 E. 65th Street-Suite 10C
New York, New York 10065
(212) 541-6980
Fax: (201) 802-9066

Attorneys for Defendant,
CDC Games, Ltd.

Date: June 23, 2008

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

PHIL1 792167-1

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 7/2/2008*